**The People of the State of Illinois, defendant in error, v. Charles Dukas and Chappie Tyrrell, plaintiffs in error.   Gen. No. 7,673.**

Conviction for keeping gambling house and possessing gambling apparatus.   Error to the County Court of Lake county; the Hon.

Perry L. Persons, Judge, presiding. ·Heard in this court at the October term, 1926. Affirmed. Opinion filed September 29, 1927.
James G. Welch, for plaintiffs in error. Ashbel V. Smith, State's Attorney, for defendant in error; Sidney H. Block, of counsel.
Mr. Justice Jones delivered the opinion of the court.